[Cite as *State v. Billiter*, 2011-Ohio-637.]

COURT OF APPEALS
TUSCARAWAS COUNTY, OHIO
FIFTH APPELLATE DISTRICT

| | |
|---|---|
| STATE OF OHIO | JUDGES:<br>Hon. William B. Hoffman, P.J. |
| Plaintiff-Appellee | Hon. Sheila G. Farmer, J.<br>Hon. Patricia A. Delaney, J. |
| -vs- | |
| | Case No. 10AP080028 |
| FRED BILLITER | |
| Defendant-Appellant | O P I N I O N |

| | |
|---|---|
| CHARACTER OF PROCEEDING: | Appeal from the Tuscarawas County Common Pleas Court, Case No. 1999CR080159 |
| JUDGMENT: | Dismissed |
| DATE OF JUDGMENT ENTRY: | February 10, 2011 |
| APPEARANCES: | |

For Plaintiff-Appellee

For Defendant-Appellant

RYAN D. STYER
Prosecuting Attorney

BY: MICHAEL J. ERNEST
Assistant Prosecuting Attorney
125 E. High Avenue
New Philadelphia, Ohio 44663

FRED L. BILLITER, PRO SE
#383-177
c/o Noble Correctional Institution
15708 McConnelsville Road
Caldwell, Ohio 43724

*Hoffman, P.J.*

{¶1}    Defendant-appellant Fred Billiter, Jr. appeals the August 2, 2010 Judgment Entry entered by the Tuscarawas County Court of Common Pleas, which denied his Motion for Reconsideration of the Court's July 12, 2010 Judgment Entry, overruling his Motion De Novo for Resentencing. The State of Ohio is plaintiff-appellee.

{¶2}    In his brief to this Court Appellant states the trial court has since held the requested de novo resentencing hearing pursuant to *State v. Singleton,* 2009-Ohio-6434. Accordingly, we find Appellant's appeal to be moot and order it dismissed.

By: Hoffman, P.J.

Farmer, J.  and

Delaney, J. concur

s/ William B. Hoffman_____
HON. WILLIAM B. HOFFMAN


s/ Sheila G. Farmer_____
HON. SHEILA G. FARMER


s/ Patricia A. Delaney_____
HON. PATRICIA A. DELANEY

IN THE COURT OF APPEALS FOR TUSCARAWAS COUNTY, OHIO
FIFTH APPELLATE DISTRICT

STATE OF OHIO                          :
                                       :
    Plaintiff-Appellee                :
                                       :
-vs-                                   :           JUDGMENT ENTRY
                                       :
FRED BILLITER                          :
                                       :
    Defendant-Appellant               :           Case No. 10AP080028

For the reason set forth in our accompanying Opinion, Appellant's appeal is dismissed as moot. Costs waived.

s/ William B. Hoffman_____
HON. WILLIAM B. HOFFMAN

s/ Sheila G. Farmer _____
HON. SHEILA G. FARMER

s/ Patricia A. Delaney_____
HON. PATRICIA A. DELANEY